United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 12, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-20310
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VICTORIA BENNETT, also known as Victoria Olaoye, also known
as Victoria Idowuka,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:04-CR-348-2
--------------------

Before JONES, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

PER CURIAM:*

Counsel appointed to represent Victoria Bennett has
requested leave to withdraw and has filed a brief pursuant to
Anders v. California, 386 U.S. 738 (1967).  Bennett was informed
of counsel's motion but has not filed a response.  Our
independent review of the brief and the record discloses no
nonfrivolous issue for appeal.  Counsel's motion for leave to
withdraw is GRANTED, counsel is excused from further

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

responsibilities, and the appeal is DISMISSED.  <u>See</u> 5TH CIR.
R. 42.2.